**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEANDRE TAYLOR,

        Defendant.

2:21-CR-00188-GMN-VCF

**ORDER**

    Before the Court is Deandre Taylor's motion for status letter. (ECF No. 37).

    On July 7, 2021, defendant Taylor retained Michael Sanft, Esq. as counsel of record. ECF Nos. 7 & 9. Taylor filed the instant motion on her own behalf. ECF No. 37.

    Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on her own behalf. *See* Local Rule IA 11-6(a).

    Accordingly,

    The Clerk of Court is directed to STRIKE Deandre Taylor's motion for status letter (ECF No. 37) from the docket.

    IT IS HEREBY ORDERED that defense counsel Michael Sanft, Esq. is directed to provide a copy of this order to Taylor. If Taylor desires to pursue court action, she must ask her attorney to bring a motion on her behalf.

    DATED this 22nd day of December 2022.

                                                    _____

                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE